UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GERALD REDINGTON and BENNETT TOLLER, on behalf of themselves and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, | Case No. 5:07-cv-1999 |
| Plaintiffs, | Judge John Adams |
| v. | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| Defendant. | |

DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Defendant The Goodyear Tire & Rubber Company ("Goodyear") moves for final approval of the parties' proposed class action settlement filed with the Court on October 29, 2007. (R. 28.) In support of its motion, Goodyear submits the attached memorandum and accompanying materials, which are fully incorporated herein by reference.

For the reasons stated in Goodyear's memorandum and on the basis of the declarations and other evidence submitted to the Court in this action, Goodyear respectfully requests that the Court approve the parties' class action settlement in its entirety.

                Respectfully submitted,

                /s/ Johanna Fabrizio Parker
                Robert S. Walker (0005840)
                rswalker@jonesday.com
                Johanna Fabrizio Parker (0071236)
                jfparker@jonesday.com
                Jones Day
                North Point
                901 Lakeside Avenue
                Cleveland, Ohio 44114-1190
                Telephone (216) 586-3939
                Facsimile (216) 579-0212

                Andrew M. Kramer
                akramer@jonesday.com
                (Ohio Bar Number 0045706)
                Jones Day
                51 Louisiana Avenue, N.W.
                Washington, D.C. 20001-2113
                Telephone (202) 879-3939
                Facsimile (202) 626-1700

                Counsel for Defendant
                The Goodyear Tire & Rubber Company

CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system; and I hereby certify that I deposited a copy of the foregoing document in the United States mail, postage prepaid, addressed to any following non-ECF participants.

                                                              /s/ Johanna Fabrizio Parker