UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GERALD REDINGTON and BENNETT TOLLER, on behalf of themselves and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br>        Plaintiffs, <br><br>        v. <br><br>THE GOODYEAR TIRE & RUBBER COMPANY, <br><br>        Defendant. | Case No. 5:07-cv-1999 <br><br> Judge John Adams |

**MOTION OF PLAINTIFF UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW") moves for final approval of the parties' proposed class action settlement filed with the Court on October 29, 2007. (R.28.) In support of its motion, the USW submits the attached memorandum and the Supplemental Declaration of Paul Whitehead.

For the reasons stated in the USW's memorandum and on the basis of the declarations and other evidence submitted to the Court in this action, the USW respectfully requests that the

Court approve the parties' class action settlement in its entirety.

Respectfully submitted,

/s/William T. Payne
William T. Payne
wpayne@stemberfeinstein.com
John Stember
jstember@stemberfeinstein.com
Edward Feinstein
efeinstein@stemberfeinstein.com
STEMBER FEINSTEIN DOYLE &
PAYNE
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 338-1445
Fax: (412) 232-3730

Jeremiah A. Collins
jcollins@bredhoff.com
Douglas L. Greenfield
dgreenfield@bredhoff.com
BREDHOFF & KAISER, P.L.L.C.
805 15th Street, N.W., Suite 1000
Washington, D.C.  20005
Tel:  (202) 842-2600
Fax: (202) 842-1888

Counsel for Plaintiff United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and
Service Workers International Union, AFL-CIO/CLC

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing Motion, Memorandum and attachments with the Clerk of the Court using the ECF system which will send electronic notification to counsel of record; and I hereby certify that I deposited a copy of the foregoing document in the United States mail, postage prepaid, addressed to the any non-ECF participants.

/s/William T. Payne
William T. Payne
Counsel for Plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC