# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| GERALD REDINGTON and | ) | |
| BENNETT TOLLER, | ) | Case No. 5:07-cv-1999 |
| on behalf of themselves and all other | ) | |
| persons similarly situated; and UNITED | ) | |
| STEEL, PAPER AND FORESTRY, | ) | |
| RUBBER, MANUFACTURING, | ) | |
| ENERGY, ALLIED INDUSTRIAL | ) | |
| AND SERVICE WORKERS | ) | |
| INTERNATIONAL UNION, | ) | |
| AFL-CIO/CLC, | ) | |
| | ) | Hon. John Adams |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE GOODYEAR TIRE & | ) | |
| RUBBER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Class Representatives Gerald Redington and Bennett Toller move for final approval of the parties' proposed class action settlement filed with the Court on October 29, 2007.  D.E. # 28.  In support of their motion, Plaintiff Class Representatives submit the attached memorandum and accompanying materials.

Dated:  March 18, 2008

Respectfully submitted,

/s/

Jori Bloom Naegele (0019602)
jnaegele@gntlaw.com
Thomas R. Theado (0013937)
TomTheado@aol.com
GARY, NAEGELE & THEADO, LLC
446 Broadway Avenue
Lorain, Ohio 44052-1740
(440) 244-4809 (office)
(440) 244-3462 (fax)

Joseph M. Sellers
jsellers@cmht.com
Marc I. Machiz
Karen L. Handorf
COHEN, MMILSTEIN, HAUSFELD &
    TOLL, P.L.L.C
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
(202)408-4600 (office)
(202) 408-4699 (fax)

*Counsel for Plaintiffs*
*Gerald Redington and Bennett Toller*
*And for the Proposed Plaintiff Class*