UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GERALD REDINGTON and ) <br> BENNETT TOLLER, ) <br> on behalf of themselves and all other ) <br> persons similarly situated; and UNITED ) <br> STEEL, PAPER AND FORESTRY, ) <br> RUBBER, MANUFACTURING, ) <br> ENERGY, ALLIED INDUSTRIAL ) <br> AND SERVICE WORKERS ) <br> INTERNATIONAL UNION, ) <br> AFL-CIO/CLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE GOODYEAR TIRE & ) <br> RUBBER COMPANY, ) <br> ) <br> Defendant. ) | Case No. 5:07CV1999 <br><br><br><br><br><br><br><br> Hon. John R. Adams <br><br><br><br> ~~(Proposed)~~ ORDER <br> [RESOLVING DOC. 109] |

Upon the Supplemental Motion and Memorandum of Points and Authorities of Plaintiff Class and Class Counsel for Attorneys' Fees and Reimbursement of Costs and Expenses, the Court finds said Motion to be well taken and the same is granted. Further, having previously approved the reasonableness, on August 22, 2008, of Class Counsel's attorneys' fees, costs and expenses originally submitted on January 25, 2008, it is hereby ORDERED, ADJUDGED AND DECREED that Defendant Goodyear Tire & Rubber Company shall pay $1,564,505.90 for attorneys' fees and $~~226,266.88~~ 226,266.63 for reimbursement of costs and expenses (for a sum total of $1,790,772.53) to Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

Dated: September 22, 2008           /s/ John R. Adams
                                    John R. Adams, U.S. District Judge